UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARNABY B. AND LINDA K. JACOB,

    Plaintiffs,

vs.

                        Case No. 11-CV-10202

                        HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

    Defendant.

_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion for summary judgment, and in accordance with the court's order granting that motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        BY: s/Josephine Chaffee
                            DEPUTY COURT CLERK

Dated: December 8, 2011